# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
EUSTIS, BRIAN S. § Case No. 11-37677
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Kenneth S. Gardner
        Clerk of the U.S. Bankruptcy Court
        219 S. Dearborn, 7th Floor
        Chicago, Illinois  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

        10:30 a.m.
        on July 26, 2012
        in Courtroom 682, U.S. Courthouse
        219 S. Dearborn St., Chicago, IL

    If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth S. Gardner_____
                                                                  Clerk of the US Bankruptcy Court

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
EUSTIS, BRIAN S. § Case No. 11-37677
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,963.82 |
| and approved disbursements of | $ | 7.09 |
| leaving a balance on hand of[1] | $ | 8,956.73 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 1,646.38 | $ 0.00 | $ 1,646.38 |
| Other: International Sureties | $ 7.09 | $ 7.09 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,646.38 |
| Remaining Balance | | $ | 7,310.35 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 84,362.99 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Internal Revenue Service | $ 84,362.99 | $ 0.00 | $ 7,310.35 |
| | Total to be paid to priority creditors | | | $ 7,310.35 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 502,224.13 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | RBS Citizens, N.A. | $ 415,789.52 | $ 0.00 | $ 0.00 |
| 000003 | Capital One Bank (USA), N.A. by American InfoSourc | $ 26,230.77 | $ 0.00 | $ 0.00 |
| 000004 | American Express Bank, FSB | $ 10,203.84 | $ 0.00 | $ 0.00 |
| 000005 | Bond Safeguard Insurance Company | $ 50,000.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Joseph A. Baldi
Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-37677-JBS
Brian S. Eustis                                                       Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: wepps              Page 1 of 3              Date Rcvd: Jun 20, 2012
                               Form ID: pdf006          Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2012.
```
db         +Brian S. Eustis,    13 Woodcreek Road,    Barrington Hills, IL 60010-9362
17801580    Allied Building Products Corp,    1164 S. Kilbourn Avenue,    Oak Forest, IL 60452
17801581    American Express,    Box 0001,    Los Angeles, CA 90096-0001
17801582   +American Express,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
18315863    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17801583    American Express Business Gold,    Box 0001,    Los Angeles, CA 90096-0001
17801584   #+Arnold & Kadjan,    19 W. Jackson Blvd,    Suite 300,    Chicago, IL 60604-3910
17801585    Bond Safeguard Ins. Company,    256 Jackson Meadow Dr,    Suite 201,    Hendersonville, TN 37075
18473396   +Bond Safeguard Insurance Company,    256 Jackson Meadows Drive,    Hermitage, TN 37076-1425
17801586   +Bradco Supply Company,    90 Caranado Dr, Unit 1,    Springfield, MA 01104-4201
17801587   +Caine & Weiner,    1699 E. Woodfield Rd,    Suite 360,    Schaumburg, IL 60173-4935
18255048    Capital One Bank (USA), N.A. by American InfoSourc,    PO Box 71083,    Charlotte, NC  28272-1083
17801588    Capitol One,    PO Box 60067,    City Of Industry, CA 91716-0067
17801589   +Chris Industries,    2810 Old Willow Road,    Northbrook, IL 60062-6800
17801590   +Cottage Sheet Metal,    6640 99th Street,    Chicago Ridge, IL 60415-1252
17801591   +Donald L. Newman,    Newman & Assoc.,    11 S. LaSalle St, Suite 1500,    Chicago, IL 60603-1224
17801592   +Great Lakes Bank, NA,    13057 South Western Ave.,    Blue Island, IL 60406-2418
17801593   #Home Depot Credit Services,    Dept. 32-2502148582,    PO Box 6031,    The Lakes, NV 88901-6031
17801594   +Insulation Plus,    1300 Kirk Street,    Elk Grove Village, IL 60007-6741
17801597    Janine Smith,    29943 S Plum Valley Drive,    Crete, IL 60417
17801598   +Jeffrey S. Keller,    PO Box 450,    Warrenville, IL 60555-0450
17801599   #+Kevin Kilbride,    8567 Culled Drive,    Frankfort, IL 60423-8847
17801600   +Kevin Seltzer,    222 S. Central Ave,    Suite 1004,    Saint Louis, MO 63105-3509
17801601   +McGladrey & Pullen, LLP,    20 North Martingale Road,    Suite 500,    Schaumburg, IL 60173-2419
17801602   +Menards,    Retail Services,    P.O. box 17051,    Baltimore, MD 21297-1051
17801603   +Norandex Building Materials Distrib,    115 Messner Dr,    Wheeling, IL 60090-6433
17801604   +Quality Building Products,    800 Hilltop Drive,    Itasca, IL 60143-1328
17801605   +RBS Citizens, N.A.,    1 Citizens Plaza,    Providence, RI 02903-1339
17899201   +++RBS Citizens, N.A.,    c/o Donald Newman,    11 S. LaSalle St Suite 1500,    Chicago, IL 60603-1224
17801606    Res Comm Roofing, Inc.,    Northern District of IL Case Number,    11 B 21720
17801607   +Richard Building Supply,    2410 McDonough Street,    Joliet, IL 60436-1026
17801610   +SRS Acquisition Corp,    1515 Heritage Drive, Suite 103,    McKinney, TX 75069-3379
17801608   +Seyfarth Shaw,    131 S. Dearborn Suite 2300,    Chicago, IL 60603-5576
17801609   +Shelter Distributors,    1530 Birchwood Ave,    Des Plaines, IL 60018-3002
17801611   #+Teller, Levit and Silvertrust,    11 East Adams St, Suite 800,    Chicago, IL 60603-6324
17801612   +Trustee of the Chicago Reg Counsel,    Welfare, Pension & Apprentic Funds,    12 East Erie Street,
             Chicago, IL 60611-2795
17801613   +Trustee's of Will County Local 174,    1403 Essington Road,    Suite 100,    Joliet, IL 60435-2826
17801614    United Milage Plus,    Card Member Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
17801615   +Vicky Baston,    Assistant Director of Claims,    256 Jackson Meadow Dr, Suite 201,
             Hermitage, TN 37076-1425
17801617    Wilson Wholesale Supply,    1736 W.North Aurora Road,    Naperville, IL 60563
17801618   #+Zwicker & Associates,    7366 N. Lincoln Avenue Suite 404,    Lincolnwood, IL 60712-1741
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17801579     E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2012 03:23:16     ABC Supply Co. Inc,,
              29W581 North Ave,    West Chicago, IL 60185-1356
17801595     E-mail/Text: cio.bncmail@irs.gov Jun 21 2012 01:09:45     Internal Revenue Service,
              P.O. Box 21126,    Philadelphia, PA 19114
17801596     E-mail/Text: cio.bncmail@irs.gov Jun 21 2012 01:09:46     Internal Revenue Service,    POB 7346,
              Philadelphia PA 19101-7346
17801616    +E-mail/Text: dmcanally@whitfield-mcgann.com Jun 21 2012 01:14:09
              Whitfield, McGann and Ketterman,    111 E. Wacker Dr,    Suite 2600,    Chicago, IL 60601-4208
                                                                                              TOTAL: 4
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: wepps              Page 2 of 3              Date Rcvd: Jun 20, 2012
                              Form ID: pdf006          Total Noticed: 45
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 22, 2012**                              **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: wepps              Page 3 of 3            Date Rcvd: Jun 20, 2012
                              Form ID: pdf006          Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2012 at the address(es) listed below:

```
          Joseph A Baldi    jabaldi@baldiberg.com,   jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Paul M Bach    on behalf of Debtor Brian Eustis paul@bachoffices.com,
           pnbach@bachoffices.com;BachECF@gmail.com
          Penelope N Bach    on behalf of Debtor Brian Eustis pnbach@bachoffices.com,
           paul@bachoffices.com;bachecf@gmail.com
                                                                                             TOTAL: 4
```