UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                  §
                                        §
                                        §
EUSTIS, BRIAN S.                        §        Case No. 11-37677
                                        §
                                        §
       Debtor(s)                        §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

      Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

      3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/Joseph A. Baldi, Trustee_____
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604 | | | | | |
| | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604 | | | | | |
| | Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114 | | | | | |
| | Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114 | | | | | |
| | Janine Smith;29943 S Plum Valley Drive;Crete, IL 60417 | | | | | |
| 000002 | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ABC Supply Co. Inc, 29W581 North Ave West Chicago, IL 60185-1356 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Building Products Corp 1164 S. Kilbourn Avenue Oak Forest, IL 60452 | | | | | |
| | American Express Box 0001 Los Angeles, CA 90096-0001 | | | | | |
| | American Express P.O. Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Arnold & Kadjan 19 W. Jackson Blvd Suite 300 Chicago, IL 60604 | | | | | |
| | Bradco Supply Company 90 Caranado Dr, Unit 1 Springfield, MA 01104 | | | | | |
| | Caine & Weiner 1699 E. Woodfield Rd Suite 360 Schaumburg, IL 60173 | | | | | |
| | Chris Industries 2810 Old Willow Road Northbrook, IL 60062 | | | | | |
| | Cottage Sheet Metal 6640 99th Street Chicago Ridge, IL 60415 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Donald L. Newman Newman & Assoc. 11 S. LaSalle St, Suite 1500 Chicago, IL 60603 | | | | | |
| | Great Lakes Bank, NA 13057 South Western Ave.?? Blue Island, IL 60406 | | | | | |
| | Home Depot Credit Services Dept. 32-2502148582 PO Box 6031 The Lakes, NV 88901-6031 | | | | | |
| | Insulation Plus 1300 Kirk Street Elk Grove Village, IL 60007 | | | | | |
| | Jeffrey S. Keller PO Box 450 Warrenville, IL 60555 | | | | | |
| | Kevin Kilbride 8567 Culled Drive Frankfort, IL 60423 | | | | | |
| | Kevin Seltzer 222 S. Central Ave Suite 1004 Saint Louis, MO 63105 | | | | | |
| | McGladrey & Pullen, LLP 20 North Martingale Road Suite 500 Schaumburg, IL 60173 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Menards Retail Services P.O. box 17051 Baltimore, MD 21297 | | | | | |
| | Norandex Building Materials Distrib 115 Messner Dr?? Wheeling, IL 60090 | | | | | |
| | Quality Building Products 800 Hilltop Drive Itasca, IL 60143 | | | | | |
| | Richard Building Supply 2410 McDonough Street Joliet, IL 60436 | | | | | |
| | SRS Acquisition Corp 1515 Heritage Drive, Suite 103?? McKinney, TX 75069 | | | | | |
| | Seyfarth Shaw 131 S. Dearborn Suite 2300 Chicago, IL 60603 | | | | | |
| | Shelter Distributors 1530 Birchwood Ave Des Plaines, IL 60018 | | | | | |
| | Teller, Levit and Silvertrust 11 East Adams St, Suite 800 Chicago, IL 60603 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Teller, Levit and Silvertrust 11 East Adams St, Suite 800 Chicago, IL 60603 | | | | | |
| | Trustee of the Chicago Reg Counsel Welfare, Pension & Apprentice Funds 12 East Erie Street Chicago, IL 60611 | | | | | |
| | Trustee's of Will County Local 174 1403 Essington Road Suite 100 Joliet, IL 60435 | | | | | |
| | United Milage Plus Card Member Services P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Vicky Baston Assistant Director of Claims 256 Jackson Meadow Dr, Suite 201 Hermitage, TN 37076 | | | | | |
| | Whitfield, McGann and Ketterman 111 E. Wacker Dr Suite 2600 Chicago, IL 60601 | | | | | |
| | Wilson Wholesale Supply 1736 W.North Aurora Road Naperville, IL 60563 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Zwicker & Associates 7366 N. Lincoln Avenue Suite 404 Lincolnwood, IL 60712 | | | | | |
| 000004 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000005 | BOND SAFEGUARD INSURANCE COMPANY | | | | | |
| 000003 | CAPITAL ONE BANK (USA), N.A. BY AME | | | | | |
| 000001 | RBS CITIZENS, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - BRIAN S. EUSTIS
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-37677 | JBS | Judge: Jack B. Schmetterer | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | EUSTIS, BRIAN S. | | | | Date Filed (f) or Converted (c): | 09/16/11 (f) |
| | | | | | 341(a) Meeting Date: | 10/13/11 |
| For Period Ending: | 11/30/12 | | | | Claims Bar Date: | 02/12/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.06 | FA |
| 2. Charter One Account | 1.29 | 0.00 | | 0.00 | FA |
| Charter One Account | | | | | |
| 3. First Midwest Account | 500.00 | 0.00 | | 0.00 | FA |
| First Midwest Account | | | | | |
| 4. First United in Steger Illinois | 50.00 | 0.00 | | 0.00 | FA |
| First United in Steger Illinois | | | | | |
| 5. Household Goods and Furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| Household Goods and Furnishings | | | | | |
| 6. Books & Pictures | 300.00 | 0.00 | | 0.00 | FA |
| Books & Pictures | | | | | |
| 7. Wearing Apparel | 2,000.00 | 0.00 | | 0.00 | FA |
| Wearing Apparel | | | | | |
| 8. Watch | 50.00 | 0.00 | | 0.00 | FA |
| Watch | | | | | |
| 9. Golf Clubs and other Sports Equipment | 250.00 | 0.00 | | 0.00 | FA |
| Golf Clubs and other Sports Equipment | | | | | |
| 10. Cincinnati Insurance Company Policy xxxx635. Polic | 0.00 | 0.00 | | 0.00 | FA |
| Cincinnati Insurance Company Policy xxxx635. Policy has no Cash reserve value based on loan taken by the Debtor against the Cash reserve value for $26,000.00 in early 2010 | | | | | |
| 11. 401K | 164,839.73 | 0.00 | | 0.00 | FA |
| 401K | | | | | |
| 12. Res-Comm Roofing, Inc. Filed Chapter 7 11 B 21720 | 0.00 | 0.00 | | 0.00 | FA |
| Res-Comm Roofing, Inc. Filed Chapter 7 11 B 21720 | | | | | |
| 13. Heritage Installations | 50.00 | 0.00 | | 0.00 | FA |

LFORM1

UST Form 101-7-TDR (5/1/2011) (Page: 11)

Ver: 17.00b

FORM 1 - BRIAN S. EUSTIS
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| Case No: | 11-37677 | JBS | Judge: Jack B. Schmetterer |
|---|---|---|---|
| Case Name: | EUSTIS, BRIAN S. | | |

| Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|
| Date Filed (f) or Converted (c): | 09/16/11 (f) |
| 341(a) Meeting Date: | 10/13/11 |
| Claims Bar Date: | 02/12/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Heritage Installations  14. JBE Managment  JBE Managment | 50.00 | 0.00 | | 0.00 | FA |
| 15. 2010 Tax Refund (listed for $11,773 on 2010 Tax Re  2010 Tax Refund (listed for $11,773 on 2010 Tax Return however IRS will offset the amount listed against taxes now due by the Debtor). Debtor lists over $60,000 taxes due, subject to set off | 0.00 | 0.00 | | 0.00 | FA |
| 16. Drivers License  Drivers License | 0.00 | 0.00 | | 0.00 | FA |
| 17. 2004 Chevrolet Avalanche 155,500 miles  2004 Chevrolet Avalanche 155,500 miles | 2,400.00 | 0.00 | | 0.00 | FA |
| 18. 6 Computers  6 Computers | 200.00 | 0.00 | | 0.00 | FA |
| 19. Claim for Loan against Res-Comm Inc. for Loan to C  Claim for Loan against Res-Comm Inc. for Loan to Corporation (11 B 21720). Company filed bankruptcy | 0.00 | 0.00 | | 0.00 | FA |
| 20. Attorney retainer (u)  turnover of remaining unused retainer | 0.00 | 8,963.76 | | 8,963.76 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $172,191.02   $8,963.76   $8,963.82   $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Balance of retainer with law firm turned over to Trustee; claim bar date expires 2/12/12; Trustee reviewed claims;

LFORM1

Ver: 17.00b

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

**FORM 1 - BRIAN S. EUSTIS**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 11-37677  JBS  Judge: Jack B. Schmetterer | Trustee Name: Joseph A. Baldi, Trustee |
| Case Name: | EUSTIS, BRIAN S. | Date Filed (f) or Converted (c): 09/16/11 (f) |
| | | 341(a) Meeting Date: 10/13/11 |
| | | Claims Bar Date: 02/12/12 |

prepared TFR

Initial Projected Date of Final Report (TFR): 05/31/12     Current Projected Date of Final Report (TFR): 05/31/12


　　/s/    Joseph A. Baldi, Trustee
_____ Date: 11/30/12
　　JOSEPH A. BALDI, TRUSTEE

FORM 2 - BRIAN S. EUSTIS

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-37677 -JBS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | EUSTIS, BRIAN S. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******7411 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0498 | | |
| For Period Ending: | 11/30/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 11/29/11 | 20 | PECKAR & ABRAMSON<br>attn: Daniel Budorick<br>208 S. LaSalle Street<br>Suite 1356<br>Chicago, IL 60604 | RETURN OF UNUSED RETAINER - DEBTOR' 'S COUNSEL | 1221-000 | 8,963.76 | | 8,963.76 |
| C 12/29/11 | 1 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 8,963.82 |
| C 12/29/11 | | Transfer to Acct #*******2822 | Bank Funds Transfer | 9999-000 | | 8,963.82 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 8,963.82 | 8,963.82 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 8,963.82 | |
| Subtotal | | 8,963.82 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 8,963.82 | 0.00 | |

Page Subtotals  8,963.82  8,963.82

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2 - BRIAN S. EUSTIS

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 11-37677 -JBS | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | EUSTIS, BRIAN S. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2822 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0498 | | | |
| For Period Ending: | 11/30/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  12/29/11 | | Transfer from Acct #*******7411 | Bank Funds Transfer | 9999-000 | 8,963.82 | | 8,963.82 |
| C  02/07/12 | 001001 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | TRUSTEE BOND NO. 016026455 | 2300-000 | | 7.09 | 8,956.73 |
| C  08/02/12 | 001002 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois  60603 | Trustee Compensation | 2100-000 | | 1,646.38 | 7,310.35 |
| C  08/02/12 | 001003 | Internal Revenue Service<br>POB 7346<br>Philadelphia PA 19101-7346 | Claim 000002, Payment 8.66535% | 5800-000 | | 7,310.35 | 0.00 |

|  | COLUMN TOTALS | 8,963.82 | 8,963.82 | 0.00 |
|---|---|---|---|---|
|  | Less:  Bank Transfers/CD's | 8,963.82 | 0.00 | |
|  | Subtotal | 0.00 | 8,963.82 | |
|  | Less:  Payments to Debtors | 0.00 | 0.00 | |
|  | Net | 0.00 | 8,963.82 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********7411 | 8,963.82 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********2822 | 0.00 | 8,963.82 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 8,963.82 | 8,963.82 | 0.00 |
| | ============== | ============== | ============== |

Page Subtotals  8,963.82  8,963.82

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)

FORM 2 - BRIAN S. EUSTIS

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-37677 -JBS | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | EUSTIS, BRIAN S. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2822 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0498 | | |
| For Period Ending: | 11/30/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 17.00b